IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA JEAN CRAWFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00932 SWW |
| | * | |
| VAN BUREN COUNTY, ARKANSAS; | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion to compel filed by separate defendants Humane Society of Pulaski County and Kay Jordan to which plaintiff responded. Because it appears the parties have resolved the issue, the motion [docket entry 23] is denied as moot.

DATED this 3rd day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE