IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| GLORIA JEAN CRAWFORD d/b/a<br>JC KENNELS, | *<br>*<br>* |
| Plaintiff, | *<br>* |
| vs. | *   No. 4:09CV00932 SWW<br>* |
| VAN BUREN COUNTY, ARKANSAS and<br>DEBBY FOGLE, Van Buren County Animal<br>Control Officer; HUMANE SOCIETY OF<br>PULASKI COUNTY and KAY JORDAN;<br>BEEBE HUMANE SOCIETY and JAXIE<br>HEPPNER, | *<br>*<br>*<br>*<br>*<br>* |
| Defendants. | *<br>* |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's federal law claims are dismissed with prejudice; her state law claims are dismissed without prejudice.

DATED this 15th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE